THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 9:22-cv-80030-DMM

AFFORDABLE AERIAL PHOTOGRAPHY,
INC.,

    Plaintiff,

v.

JOHN DOE,

    Defendant.

_____/

## NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD

James D'Loughy, Esq. hereby provides his notice of withdrawal as counsel of record for plaintiff Affordable Aerial Photography, Inc. ("Plaintiff") due to his resignation from the law firm of CopyCat Legal PLLC ("CopyCat"). Plaintiff remains represented by CopyCat in this action. This Notice is therefore being filed to effectuate removal of undersigned counsel from this action. Therefore, there is good cause to permit James D'Loughy, Esq.'s withdrawal.

    Respectfully submitted,

Dated: December 5, 2023.

ADVISOR LAW PLLC
3910 RCA Boulevard
Suite 1015
Palm Beach Gardens, FL 33410
Telephone: (561) 622-7788
Email: jdloughy@advisorlaw.com

By: /s/ James D'Loughy
    James D'Loughy, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2023, I electronically filed the foregoing document

with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

                                              By:  /s/ James D'Loughy
                                                     James D'Loughy, Esq.