UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-CV-80030-MIDDLEBROOKS

AFFORDABLE AERIAL PHOTOGRAPHY,

    Plaintiff,

v.

JOHN DOE,

    Defendant.

_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** comes upon a *sua sponte* review of the docket, which reflects that Plaintiff's First Amended Complaint only brings claims against John Doe. Plaintiff has not filed anything of substance or prosecuted this case since Nickolas L. Ditommaso was dismissed from the case as a Defendant. "As a general matter, fictitious-party pleading is not permitted in federal court." *Richardson v. Johnson*, 598 F.3d 743, 738 (11th. Cir. 2010). Accordingly, Plaintiff shall, **by December 18, 2023**, show cause with the court to clarify the record and explain how it plans to identify the proper Defendant to bring this claim against. Plaintiff's failure to respond to this Order and show good cause may result in the case being dismissed without prejudice.

**SIGNED** in Chambers at West Palm Beach, Florida this ___ day of December, 2023.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record