UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-CV-80030-MIDDLEBROOKS

AFFORDABLE AERIAL PHOTOGRAPHY,
INC.,
    Plaintiff,

V.

JOHN DOE,
    Defendant.
_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** comes upon a *sua sponte* review of the docket, which reflects that Plaintiff has not filed anything since it responded to my First Order to Show Cause on December 18, 2023. (DE 62). I issued that first Order to Show Cause on December 11, 2023 (DE 61), because Plaintiff had not filed anything of substance or prosecuted the case since the one named Defendant, Nickolas L. Ditommaso, was dismissed from the case as a Defendant. I instructed Plaintiff to clarify the record and explain how it planned to identify the proper Defendant.

In its Response, Plaintiff indicated that it intended to subpoena the National Association of Realtors and to identify the person(s) who added the photograph at issue to the website. Plaintiff has yet to file a motion for leave to do so. Simply stating an intent to file such a subpoena is not sufficient. A "request for a court order must be made by motion" and all motions "must state with particularity the grounds for seeking the order," and otherwise comply with all applicable Local Rules of this Court. [FRCP and LR]. Plaintiff has not sought leave of court to issue further third-party subpoenas.

Plaintiff is reminded that it is Plaintiff's burden to prosecute this case. Accordingly, Plaintiff shall respond to this Order **by February 7, 2024**, showing good cause why this case

should not be dismissed for failure to prosecute. Plaintiff's failure to respond to this Order may result in the case being dismissed without prejudice.

**SIGNED** in Chambers at West Palm Beach, Florida this 2 day of February, 2024.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record