IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 9:22-cv-80030-DMM

AFFORDABLE AERIAL PHOTOGRAPHY, INC.,

　　Plaintiff,

v.

NICKOLAS L. DITOMMASO,

　　Defendant.

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff Affordable Aerial Photography, Inc. ("Plaintiff") hereby files this response to the Court's February 2, 2024 Order to Show Cause [D.E. 63], and states as follows:

1. The Order to Show Cause directs to Plaintiff to show cause why this case should not be dismissed for failure to prosecute.

2. On December 11, 2023, the Court entered a prior Order to Show Cause [D.E. 61] with respect to how Plaintiff intended to proceed to identify the "John Doe" defendant responsible for publishing/displaying Plaintiff's photograph on the subject realtor.com profile page.

3. On December 18, 2023, Plaintiff responded [D.E. 62] to the prior Order to Show Cause, indicating that, with the Court's leave, Plaintiff would serve pre-26(f) discovery to the entity (Move, Inc.) responsible for maintaining www.realtor.com and/or others to determine the identity of the "John Doe" defendant.

4. At the time, undersigned counsel mistakenly believed that the Court would issue an Order discharging the prior Order to Show Cause, which would then allow Plaintiff to file a motion (as it did previously at D.E. 9) to conduct pre-26(f) discovery. Undersigned counsel did not believe

it proper to file such motion until the Court was satisfied with Plaintiff's response to the prior Order to Show Cause.

5. Following the Court's issuance of the February 2, 2024 Order to Show Cause, Plaintiff has now formally filed a motion [D.E. 64] for leave to conduct pre-26(f) discovery and will move promptly to serve such discovery if allowed by the Court.

Dated: February 7, 2024.

COPYCAT LEGAL PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
dan@copycatlegal.com

By: /s/ Daniel DeSouza, Esq.
    Daniel DeSouza, Esq.
    Florida Bar No.: 19291

**CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Daniel DeSouza
Daniel DeSouza