UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-CV-80030-MIDDLEBROOKS

AFFORDABLE AERIAL PHOTOGRAPHY,
INC.,
    Plaintiff,

v.

JOHN DOE,
    Defendant.
_____/

## ORDER

**THIS CAUSE** comes upon a *sua sponte* review of the docket. This case has proceeded without a named Defendant since Defendant Nickolas L. Ditommaso was dismissed from the case as a Defendant on November 15, 2023. (DE 58). This is impermissible. "As a general matter, fictitious-party pleading is not permitted in federal court." *Richardson v. Johnson*, 598 F.3d 743, 738 (11th. Cir. 2010). On February 13, 2024, I permitted Plaintiff to conduct limited discovery to identify the proper defendant. (DE 66). At this point, over two months has passed, and Plaintiff has filed nothing since. Accordingly, Plaintiff shall name the proper Defendant in this case by **April 30, 2024**. If Plaintiff has not yet been able to identify the proper Defendant, Plaintiff must respond to this Order by the same date, explaining in detail the efforts it has made to identify the Defendant and what if any remaining steps it must take. Plaintiff's failure to respond to this Order may result in the case being dismissed without prejudice.

**SIGNED** in Chambers at West Palm Beach, Florida this ___ day of April, 2024.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record