IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 9:22-cv-80030-DMM

AFFORDABLE AERIAL PHOTOGRAPHY, INC.,

     Plaintiff,

v.

JOHN DOE,

     Defendant.

_____

## <u>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Affordable Aerial Photography, Inc. ("<u>Plaintiff</u>") voluntarily dismisses the above-captioned action without prejudice.  To date, Plaintiff has been unable to determine whether the photograph at issue in this action was added to [www.realtor.com](www.realtor.com) by the National Association of Realtors, Move Inc. (which was itself identified by the National Association of Realtors), or some other third party.  Given such uncertainty, Plaintiff has elected to voluntarily dismiss this action.

Dated: May 1, 2024.

     COPYCAT LEGAL PLLC
     3111 N. University Drive
     Suite 301
     Coral Springs, FL 33065
     Telephone:  (877) 437-6228
     dan@copycatlegal.com
     james@copycatlegal.com

     By: /s/ Daniel DeSouza, Esq._____
         Daniel DeSouza, Esq.
         Florida Bar No.:  19291

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 1, 2024, I electronically filed the foregoing document with the

Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.


/s/ Daniel DeSouza____
Daniel DeSouza

2